IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:                                    )
                                          )
DARREL & KATHLEEN LIEBL                   )        Case No:  07-23066
                                          )        Chapter 7
                                          )

NOTICE OF UNCLAIMED FUNDS

Trustee, KENNETH A. MANNING, hereby states:

1. He is Trustee appointed in the above-mentioned case.

2. On the 23rd day of December 2009, Trustee issued check number 121 in the amount of $6.32 to Verizon North, Inc..  Said check has not been executed.

3. The last known address of the person/entity entitled to said check is: Verizon North Inc., 404 Brock Drive, Bloomington, IL 61701.

4. Pursuant to 11 USC 347 (a) and B.R. 3011, Trustee now deposits said funds with the Clerk of the Court to be disposed of pursuant to 28 USC 129.

Dated:  April 26, 2010

/s/ Kenneth A. Manning
Kenneth A. Manning, Trustee
200 Monticello Drive
Dyer, Indiana 46311
(219) 865-8376